IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 01-31427
_____


WANDA M MARKS

                              Plaintiff - Appellant

    v.

SHAW CONSTRUCTORS

                              Defendant - Appellee


_____

Appeal from the United States District Court
for the Eastern District of Louisiana
No. 00-CV-3203-K
_____
September 4, 2002

Before KING, Chief Judge, and JONES and EMILIO M. GARZA, Circuit
Judges.

PER CURIAM:[*]

AFFIRMED.  See 5TH CIR. R. 47.6.

_____

   [*]  Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR. R.
47.5.4.